# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 4/21/2022 |
| Case: 8−22−70802−reg | Form ID: pdf008 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.LI.ECF@usdoj.gov
tr     Michael J. Macco     ecf@maccolaw.com
aty     Darren Aronow     darren@dalawpc.com

                                                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Lisa Masler     208 Oakwood Road     Huntington Station, NY 11746
smg     United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza − Room 560     Central Islip, NY 11722−4437
10064679     Ally Financial     Attn: Bankruptcy     Po Box 380901     Bloomington, MN 55438
10064680     Aronow Law, P.C.     7600 Jericho Turnpike     Suite 115     Woodbury, NY 11797
10064681     David A Gallo     99 Powerhouse Rd     Roslyn Heights, NY 11577
10064682     IRS     PO BOX 7346     Philadelphia, PA 19101
10064683     New York State Dept     Tax and Finance     PO BOX 5300     Albany, NY 12205
10064684     SN Servicing Corp     323 Fifth Ave.     Eureka, CA 95501

                                                                                                                                 TOTAL: 8